UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DEAN HANNIFORD,

                              Plaintiff,

    -against-

CITY OF POUGHKEEPSIE, SERGEANT TERRANCE BEAM,
POLICE OFFICER EDWARD FENICHEL, Individually and as
Employees of the City of Poughkeepsie Police Department,

                              Defendants.
------------------------------------------------------------------------x

**ORDER**

7:21-cv-10359 (PMH)

TO:    SUPERINTENDENT OF GREAT MEADOW CORRECTIONAL FACILITY, 11739 NY-22, Comstock, NY 12821 ; and

       IT IS HEREBY ORDERED that the Superintendent of the Great Meadow Correctional Facility shall have Dean Hanniford, DIN No. 21A1943, presently detained in the Great Meadow Correctional Facility, available for an examination before trial on November 7, 2022 at 10:00 a.m.

                                  SO ORDERED:

                                  Hon. Philip M. Halpern

Dated: White Plains, New York
          October 28, 2022